UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JUANITA ENGELHARDT, | ) | No. ED CV 13-01585-PA (VBK) |
| | ) | |
| Plaintiff, | ) | ORDER APPROVING MAGISTRATE |
| | ) | JUDGE'S AMENDED REPORT AND |
| v. | ) | RECOMMENDATION |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

The Court has reviewed the Complaint and other papers herein pursuant to 28 U.S.C. §636, including the Magistrate Judge's Report and Recommendation. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**IT IS ORDERED** that: (1) The Court approves and adopts the Amended Report and Recommendation of Unites States Magistrate Judge; (2) the Commissioner of Social Security's Decision is reversed; and (3) (4) this matter is remanded for a new hearing pursuant to the terms of the Amended Report and Recommendation.

//

1    **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein by United States mail on counsel for the parties of record.

DATED: August 19, 2014

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE