JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUANITA ENGELHARDT,<br><br>                Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social<br>Security,<br><br>                Defendant. | No. ED CV 13-01585-PA (VBK)<br><br>JUDGMENT |

Pursuant to the Order Approving Magistrate Judge's Amended Report and Recommendation,

**IT IS ADJUDGED** that: (1) the Commissioner's Decision is reversed; and (2) this matter is remanded for a new hearing pursuant to the terms of the Amended Report and Recommendation.

DATED: August 19, 2014

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE