MICHELLE NEVAREZ
1917 Warfield Ave #A
Redondo Beach, CA 90278
Bar No. 249116
T: (310) 977-0286
F: (310) 564-5910
Email: michellenevarez@me.comAttorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA ENGELHARDT, | ) |
| | ) CASE NO.: 5:13-cv-01585-PA-VBK |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| CAROLYN W. COLVIN, Acting | ) AWARDING EAJA FEES |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney's fees are awarded in the amount of SIX THOUSAND DOLLARS AND 00/100 ($6,000.00) subject to the terms of the stipulation.

DATED:  12/3/2014                          /s/
                                           HONORABLE VICTOR B. KENTON
                                           UNITED STATES MAGISTRATE JUDGE

-1-